IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KYLE SEIDEL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 15-23 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| CHRIS BENNETT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On June 25, 2015, the Magistrate Judge issued a Report (Doc. 9) recommending that this action be dismissed for failure to prosecute, because Plaintiff has failed to apprise the Court of his current address. Service of the Report and Recommendation was made on Plaintiff's address of record, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

This case is **DISMISSED** for Plaintiff's failure to prosecute, and the Magistrate Judge's Report and Recommendation dated June 25, 2015, hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


July 21, 2015                                             s\Cathy Bissoon
                                                          Cathy Bissoon
                                                          United States District Judge


cc (via First-Class U.S. Mail):

Kyle Seidel
Fayette County Prison
12 Court Street
Uniontown, PA  15401-3587